IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE ANTHONY DILLARD,** | : | CIVIL NO. 1:15-CV-974 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **G. TALAMANTES, GEORGE NYE, III, D. LENTINI, KEPNER, BRAD HAUPT, C. ENTZEL, JEFF KRUEGER, RUSSELL A. PURDUE, JOSEPH L. NORWOOD, RAUP,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 18th day of July, 2016, upon consideration of plaintiff's motions (Docs. 23, 39) for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1), and the court having previously denied a similar motion for appointment counsel on October 1, 2015 (Doc. 18), and the court finding that since the entry of that order, plaintiff has continued to demonstrate a reasonable ability to litigate this action *pro se*, and, furthermore, that his latest motions fail to set forth sufficient special circumstances or factors which would warrant the appointment of counsel, see Tabron v. Grace, 6 F.3d 147, 153, 155-57 (3d Cir. 1993), and that district courts have broad discretion to determine whether to appoint counsel under 28 U.S.C. § 1915, it is hereby ORDERED that the motions (Docs. 23, 39) are DENIED.  If further

proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania