IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRUCE ANTHONY DILLARD,** | : CIVIL ACTION NO. 1:15-CV-974 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **G. TALAMANTES, GEORGE NYE, III, D. LENTINI, KEPNER, BRAD HAPUT, C. ENTZEL, JESS KRUEGER, RUSSELL A. PURDUE, JOSEPH L. NORWOOD, RAUP,** | : |
| Defendants | : |

## ORDER

AND NOW, this 29th day of December, 2016, upon consideration of defendants' motion (Doc. 22) to dismiss or, in the alternative, for summary judgment, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 22) to dismiss is GRANTED.

2. The complaint (Doc. 7) is DISMISSED without prejudice.

3. Plaintiff is granted twenty (20) days from the date of this order to file an amended complaint. Failure to timely file an amended complaint may result in the dismissal of this action without further notice of court.

4. Should defendants file a motion to dismiss any amended complaint, plaintiff must file a brief in opposition to such motion within fourteen (14) days after service of defendants' brief. See Local Rule 7.6.

                                                /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania