# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE ANTHONY DILLARD,** | : | CIVIL ACTION NO. 1:15-CV-974 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **G. TALAMANTES, GEORGE NYE, III, D. LENTINI, HEPNER, BRAD HAUPT, C. ENTZEL, JEFF KRUEGER, RUSSELL A. PURDUE, JOSEPH L. NORWOOD, RAUP, UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS,** | : : : : : : : : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 7th day of June, 2017, upon consideration of plaintiff's motion (Doc. 47) for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1), and the court having previously denied similar motions for appointment counsel on October 1, 2015 and July 18, 2016 (Docs. 18, 40), and the court finding that since the entry of those orders, plaintiff has continued to demonstrate a reasonable ability to litigate this action *pro se*, and, furthermore, that his latest motion fails to set forth sufficient special circumstances or factors which would warrant the appointment of counsel, see Tabron v. Grace, 6 F.3d 147, 153, 155-57 (3d Cir. 1993), and that district courts have broad discretion to determine whether to appoint counsel under 28

U.S.C. § 1915, it is hereby ORDERED that the motion (Doc. 47) is DENIED.  If further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff.

       /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania