# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE ANTHONY DILLARD,** | : | CIVIL NO. 1:15-CV-974 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **G. TALAMANTES,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 6th day of February, 2018, upon consideration of plaintiff's motions (Docs. 67, 71) for reconsideration, wherein he requests that the court reconsider its orders (Docs. 66, 70) granting enlargements of time to respond to defendants' dispositive motion, and denying his request for a copy of the Local Rules of Court, and it appearing that plaintiff has set forth grounds warranting reconsideration of the prior court orders, see North River Ins. Co. v. Cigna Reinsurance Co., 52 F.3d 1194, 1218 (3d Cir. 1995), it is hereby ORDERED that the motions are GRANTED in part and DENIED in part, as follows:

1. The motions (Docs. 67, 71) are GRANTED insofar as plaintiff requests a copy of the court's Local Rules, and requests additional time to respond to defendants' dispositive motion.

2. The Clerk of Court shall issue the Standing Practice Order in Pro Se Plaintiff Cases, which contains the relevant Local Rules of Court.

3. On or before March 5, 2018, plaintiff shall file a brief in response to defendants' amended motion to dismiss or, in the alternative, for summary judgment.

4. On or before March 5, 2018, plaintiff shall file a statement of material facts specifically responding to the numbered paragraphs in defendants' statement of material facts (Doc. 63). See L.R. 56.1.

    a. The statement of material facts shall include specific references to the parts of the record that support the statements and shall comply in all respects with Local Rule 56.1.

    b. Failure to timely file a statement of material facts in accordance with Local Rule 56.1 will result in the facts set forth in defendants' statement of material facts (Doc. 63) being deemed admitted. See L.R. 56.1.

5. The motion (Doc. 67) is DENIED insofar as plaintiff requests the appointment of counsel.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania