# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE ANTHONY DILLARD,** | : | **CIVIL NO. 1:15-CV-974** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **G. TALAMANTES,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 6th day of February, 2018, upon consideration of plaintiff's motions (Docs. 65, 72) for appointment of counsel or, alternatively, for the appointment of a paralegal specialist, pursuant to 28 U.S.C. § 1915(e)(1), and the court having previously denied similar motions for appointment counsel (Docs. 18, 40, 55), and the court finding that since the entry of those orders, plaintiff has continued to demonstrate a reasonable ability to litigate this action *pro se*, and that his latest motions fail to set forth sufficient special circumstances or factors which would warrant the appointment of counsel, see Tabron v. Grace, 6 F.3d 147, 153, 155-57 (3d Cir. 1993), and, furthermore, the court noting that it does not have a large group of attorneys who would represent this action in a *pro bono* capacity, and that district courts have broad discretion to determine whether to appoint counsel under 28 U.S.C. § 1915, it is hereby ORDERED that the motions (Docs. 65, 72) are

DENIED.  If further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff.

       /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania