# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE ANTHONY DILLARD,** | : | **CIVIL NO. 1:15-CV-974** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **G. TALAMANTES,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 23rd day of February, 2018, upon consideration of defendants' motion (Doc. 54) to dismiss or, in the alternative, for summary judgment, and upon further consideration of defendants' amended motion (Doc. 56) to dismiss or, in the alternative, for summary judgment, wherein they indicate that the original motion (Doc. 54) inadvertently failed to list the United States of America as a defendant, and that the amended motion corrects this error and is properly filed on behalf of all defendants, it is hereby ORDERED that the motion (Doc. 54) filed on June 2, 2017, is DISMISSED as moot.

     /S/ Christopher C. Conner
     Christopher C. Conner, Chief Judge
     United States District Court
     Middle District of Pennsylvania