# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE ANTHONY DILLARD,** | : | **CIVIL NO. 1:15-CV-974** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **G. TALAMANTES,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 28th day of March, 2018, upon consideration of defendants' amended motion (Doc. 56) to dismiss or, in the alternative, for summary judgment, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 56) for summary judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                                        /S/ CHRISTOPHER C. CONNER
                                        Christopher C. Conner, Chief Judge
                                        United States District Court
                                        Middle District of Pennsylvania