AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

BRUCE ANTHONY DILLARD,

*Plaintiffs*

v.  Civil Action No. 1:15-CV-0974

UNITED STATES OF AMERICA, COUNSELOR G. TALAMANTES, UNIT MANAGER GEORGE NYE, III, LIEUTENANT D. LENTINI, CAPTAIN HEPNER, CASE MANAGER BRAD HAUPT, FORMER ASSOCIATE WARDEN C. ENTZEL, FORMER WARDEN JEFF KRUEGER, WARDEN RUSSELL PURDUE, NORTHEAST REGIONAL DIRECTOR JOSEPH L. NORWOOD, LIEUTENANT R. RAUP,

(Chief Judge Conner)

*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** other: SUMMARY JUDGMENT be and is hereby ENTERED in favor of defendants UNITED STATES OF AMERICA, COUNSELOR G. TALAMANTES, UNIT MANAGER GEORGE NYE, III, LIEUTENANT D. LENTINI, CAPTAIN HEPNER, CASE MANAGER BRAD HAUPT, FORMER ASSOCIATE WARDEN C. ENTZEL, FORMER WARDEN JEFF KRUEGER, WARDEN RUSSELL PURDUE, NORTHEAST REGIONAL DIRECTOR JOSEPH L. NORWOOD, LIEUTENANT R. RAUP, and against plaintiff BRUCE ANTHONY DILLARD, in accordance with the court's memorandum and order (Docs. 85 & 86), dated March 28, 2018.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

| X | decided by Judge or Magistrate Judge | Chief Judge Christopher C. Conner |

MOTION FOR SUMMARY JUDGMENT

Date: Mar 28, 2018

CLERK OF COURT  PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*